UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

PONCIANO GARCIA, et al.,

                Plaintiff(s),                    11 Civ. 4507 (PKC)

      -against-                                  <u>ORDER</u>

V&T RESTAURANT, INC., et al.,

                Defendant(s).

-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       At the request of the parties, in contemplation of their ongoing efforts to reach a final settlement resolving all claims, the Court extends fact discovery until June 30, 2012, and adjourns the pretrial conference currently scheduled for May 15, 2012, until July 13, 2012, at 3:00p.m.

                                                        _____
                                                         United States District Judge

Dated:  New York, New York
            May 8, 2012