UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Garcia, et al.,

                                                Plaintiff(s),            11 Civ. 4507 (PKC)
        -against-

                                                                       ORDER OF DISMISSAL

V&T Restaurant, Inc., et al.,

                                                Defendant(s).
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S. District Judge:

        The Court having been advised that all claims asserted herein have been settled, it is

        **ORDERED,** that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated.   Any pending motions are moot.  All conferences are vacated.

                                                                                  P. Kevin Castel
                                                                       United States District Judge

Dated:   New York, New York
             July 12, 2012